AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):    **Served by Certified Mail**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/16/08        _William H. R_____
           *Date*                 *Signature of Server*

     P.O. Box 4160, Montgomery, AL 36103-4160
           *Address of Server*

2. Article Number

7160 3901 9845 4564 7399

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

Forrest Elmore

C. Signature

X      ☐ Agent
       ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Citi Residential Lending, Inc.
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**Attn: Paula Shaner**      Service of Summons  Joseph Abruscato, et al.

(1) As to who may serve a summons see Rule 4 of the Fe...

PS Form 3811, January 2005      Domestic Return Receipt

Case 1:08-cv-04548    Document 4    Filed 07/21/2008    Page 2 of 2
Case 1:08-cv-00405-B    Document 2    Filed 07/11/2008    Page 1 of 10
Case 1:08-cv-00405-B    Document 1-5    Filed 07/11/2008    Page 1 of 2

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Alabama |
|---|---|---|

Joseph Abruscato, et al.

**SUMMONS IN A CIVIL ACTION**

V.

Ameriquest Mortgage Company, Inc., et al.

CASE NUMBER:    08-0405-B

TO: (Name and address of Defendant)

Citi Residential Lending, Inc.
c/o CSC Lawyers Incorporating Services, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Robertson, V
Beasley, Allen, Crow, Methvin, Portis & Miles P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| CHARLES R. DIARD, JR. | 7/11/2008 |
| CLERK | DATE |

/s/Mary Nelson

(By) DEPUTY CLERK