AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):      **Served by Certified Mail**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
            *Date*                    *Signature of Server*

P.O. Box 4160, Montgomery, AL 36103-4160
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the [Federal Rules of Civil Procedure]

---

2. Article Number

7160 3901 9845 4564 7436

3. Service Type   **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*     ☐ Yes
1. Article Addressed to:

Ameriquest Mortgage Company
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

Attn: Paula Shaner          Service of Summons  Joseph Abruscato, et al.

PS Form 3811, January 2005        Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
Forest Flemming

C. Signature
X                                        ☒ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JUL 16 2008

Case 1:08-cv-04548   Document 5   Filed 07/21/2008   Page 2 of 2

Case 1:08-cv-00405-B   Document 2     Filed 07/11/2008   Page 5 of 10
Case 1:08-cv-00405-B   Document 1-4   Filed 07/11/2008   Page 1 of 2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

Joseph Abruscato, et al.

V.

Ameriquest Mortgage Company, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-0405-B

TO: (Name and address of Defendant)

Ameriquest Mortgage Company
c/o National Registered Agents, Inc. of Alabama
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Robertson, V
Beasley, Allen, Crow, Methvin, Portis & Miles P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CHARLES R. DIARD, JR. | 7/11/2008 |
|---|---|
| CLERK | DATE |

/s/Mary Nelson
(By) DEPUTY CLERK