AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):     **Served by Certified Mail**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
              Date         Signature of Server

Address of Server: P.O. Box 4160, Montgomery, AL 36103-4160

---

2. Article Number: 7160 3901 9845 4564 7429
3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

   AMC Mortgage Services, Inc.
   c/o National Registered Agents, Inc. of Alabama
   150 South Perry Street
   Montgomery, Alabama 36104

   Attn: Paula Shaner        Service of Summons  Joseph Abruscato, et al.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):  Forrest Fleming
B. Date of Delivery:
C. Signature:  X ____  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

(1) As to who may serve a summons see Rule 4 of the F...

Case 1:08-cv-04548   Document 7   Filed 07/21/2008   Page 2 of 2
Case 1:08-cv-00405-B   Document 2   Filed 07/11/2008   Page 3 of 10
Case 1:08-cv-00405-B   Document 1-3   Filed 07/11/2008   Page 1 of 2

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   Alabama

Joseph Abruscato, et al.

**SUMMONS IN A CIVIL ACTION**

V.

Ameriquest Mortgage Company, Inc., et al.

CASE NUMBER:   08-0405-B

TO: (Name and address of Defendant)

AMC Mortgage Services, Inc.
c/o National Registered Agents, Inc. of Alabama
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Robertson, V
Beasley, Allen, Crow, Methvin, Portis & Miles P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CHARLES R. DIARD, JR. | 7/11/0208 |
|---|---|
| CLERK | DATE |
| s/Mary Nelson | |
| (By) DEPUTY CLERK | |