IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH ABRUSCATO**, *et al.*, | |
| Plaintiffs, | Civil Action No. 08-00405-B |
| vs. | |
| **AMERIQUEST MORTGAGE COMPANY**, *et al.*, | |
| Defendants. | |

### ORDER

This action is before the Court on Defendants' unopposed Motion to Stay and for Extension of Time (Doc. 9). In their motion, Defendants assert that Defendant Ameriquest Mortgage Company submitted a Notice of Tag-along Action to the Judicial Panel on Multidistrict Litigation on July 17, 2008, and that the parties anticipate that this action will be transferred by the Judicial Panel on Multidistrict Litigation to the Northern District of Illinois for consolidated pretrial proceedings. Accordingly, Defendants request that this action be stayed pending the anticipated transfer. A review of the case file reveals no factors or circumstances militating against the granting of such a stay. A stay would serve the interests of efficiency and judicial economy without working any prejudice on any party. On that basis, the Motion to Stay (Doc.9) is granted, and this action is hereby stayed pending a determination by the Judicial Panel on

Multidistrict Litigation as to whether this action is to be transferred to the MDL proceedings in the Northern District of Illinois.  Additionally, Defendants' request for an extension of time to file their respective Answers is granted.

DONE this **6th** day of **August, 2008.**

                                    **/s/SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**