CLOSED2008, OPTOUT, STAYED

## U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00405−B

| | |
|---|---|
| Abruscato et al v. Ameriquest Mortgage Company et al | Date Filed: 07/11/2008 |
| Assigned to: Magistrate Judge Sonja F. Bivins | Date Terminated: 08/13/2008 |
| Cause: 15:1601 Truth in Lending | Jury Demand: Plaintiff |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph Abruscato**     represented by     **William Henry Robertson, V**
Beasley, Allen, Crow, Methvin,
Portis &Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103−4160
Email: bill.robertson@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry C. Bodin, Jr.**     represented by     **William Henry Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessie Floyd**     represented by     **William Henry Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Floyd**     represented by     **William Henry Robertson, V**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**     represented by     **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205−458−5355
Fax: 205−244−5611
Email: sbumgarn@burr.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMC Mortgage Services, Inc.**　　　　　represented by　**Stephen James Bumgarner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**ACC Capital Holdings Corporation**　　　represented by　**Stephen James Bumgarner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Citi Residential Lending, Inc.**　　　　　represented by　**Stephen James Bumgarner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**CitiFinancial Mortgage**　　　　　　　　represented by　**Stephen James Bumgarner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2008 | Ï 1 | COMPLAINT against all defendants ( Filing fee $350 receipt number 11280000000000654969, Online Credit Card Payment), filed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd, Mary Floyd. (Attachments: # 1 Summons for ACC Capital Holdings, Corp., # 2 Summons for AMC Mortgage Services, Inc., # 3 Summons for Ameriquest Mortgage Company, Inc., # 4 Summons for Citi Residential Lending, Inc., # 5 Summons for Citifinancial Mortgage) (Robertson, William) (Additional attachment(s) added on 7/11/2008: # 6 Civil Cover Sheet) (mjn, ). (Entered: 07/11/2008) |
| 07/11/2008 | Ï 2 | Summons Issued as to AMC Mortgage Services, Inc., ACC Capital Holdings Corporation, Citi Residential Lending, Inc., CitiFinancial Mortgage, Ameriquest Mortgage Company &mailed to plaintiff's attorney for service on defts; (mjn, ) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 3 | Service Order entered 7/11/2008. Plaintiff to notify the Court the action taken to effect service and the results thereof. Service order deadline set to 8/25/2008.. Signed by Magistrate Judge Sonja F. Bivins on 7/11/08. (mjn, ) (Entered: 07/11/2008) |
| 07/21/2008 | Ï 4 | SUMMONS Returned Executed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd. Citi Residential Lending, Inc. served on 7/16/2008, answer due 8/5/2008. (Robertson, William) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 5 | SUMMONS Returned Executed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd. Ameriquest Mortgage Company served on 7/16/2008, answer due 8/5/2008. (Robertson, William) (Entered: 07/21/2008) |

| | | |
|---|---|---|
| 07/21/2008 | Ï 6 | SUMMONS Returned Executed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd. ACC Capital Holdings Corporation served on 7/16/2008, answer due 8/5/2008. (Robertson, William) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 7 | SUMMONS Returned Executed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd. AMC Mortgage Services, Inc. served on 7/16/2008, answer due 8/5/2008. (Robertson, William) (Entered: 07/21/2008) |
| 07/21/2008 | Ï 8 | SUMMONS Returned Executed by Joseph Abruscato, Harry C. Bodin, Jr, Jessie Floyd. CitiFinancial Mortgage served on 7/16/2008, answer due 8/5/2008. (Robertson, William) (Entered: 07/21/2008) |
| 08/05/2008 | Ï 9 | MOTION to Stay, MOTION for Extension of Time by AMC Mortgage Services, Inc., ACC Capital Holdings Corporation, Citi Residential Lending, Inc., CitiFinancial Mortgage, Ameriquest Mortgage Company. (Attachments: # 1 Exhibit A) (Bumgarner, Stephen) (Entered: 08/05/2008) |
| 08/06/2008 | ï 10 | ORDER ent. granting 9 Motion to Stay pending a determination by the Judicial Panel on Multidistrict Litigation as to whether this action is to be transferred to the MDL proceedings in the N.D. of Illinois; and granting 9 Defendants' Motion for Extension of Time to file answers; Signed by Magistrate Judge Sonja F. Bivins on 8/6/08. (mjn, ) (Entered: 08/06/2008) |
| 08/13/2008 | ï 11 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District electronically; (Attachments: # 1 letter) (mjn, ) (Entered: 08/13/2008) |